UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS MANAGEMENT COMPANY, INC. in its individual capacity and on behalf of NAVIGATORS INSURANCE COMPANY, INC. a/s/o ARRAY TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMC SHIPPING (CHINA) CO. LTD.; and M/V PACIFIC WAVE, *in rem*, <br><br> Defendants. | No. 2:23-cv-01204 JAK (MARx) <br><br> **JUDGMENT** |

In accordance with the November 7, 2023 Order granting the Motion for Default Judgment filed by Plaintiff NAVIGATORS MANAGEMENT COMPANY, INC. in its individual capacity and on behalf of NAVIGATORS INSURANCE COMPANY, INC. a/s/o ARRAY TECHNOLOGIES, INC. ("Plaintiff"),

1. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have judgment in its favor and against Defendant IMC SHIPPING (CHINA) CO. LTD. ("IMC"). Under Rule 54(b) of the Federal Rules of Civil Procedure, no just reason exists for delay in entering judgment against IMC.

2. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that IMC shall pay to Plaintiff damages in the amount of $1,408,227.89 and prejudgment interest in the amount of $41,174.27. Costs of suit in the amount of _____ may be recovered through a timely application to the Court Clerk pursuant to Local Rule 54-2.

**IT IS SO ORDERED.**

Dated: November 17, 2023         _____
                                  John A. Kronstadt
                                  United States District Judge